**Zoeundra McCAIN, Movant–Appellant,**

v.

**STATE of Missouri,
Respondent–Respondent.**

**No. 53933.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 3, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 1, 1988.

Application to Transfer Denied
July 26, 1988.

Beverly A. Beimdiek, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Jared Richard Cone, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals after the dismissal of his Rule 27.26 motion. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).